UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-cr-42 |
| vs. ) | |
| ) | JUDGE COLLIER |
| BOBBY JOE FAIRBANKS and ) | MAGISTRATE JUDGE LEE |
| ELIZABETH NICOLE LONG ) | |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the defendants BOBBY JOE FAIRBANKS and ELIZABETH NICOLE LONG on the indictment returned by the Grand Jury was held before the undersigned on March 28, 2007.

Those present for the hearing included:

(1) U.S. Attorney Chris Poole for the USA.
(2) Defendant BOBBY JOE FAIRBANKS.
(3) Attorney William C. Killian for defendant Fairbanks.
(4) Defendant ELIZABETH NICOLE LONG.
(5) Attorney Mary Ellen Coleman of Federal Defender Services of Eastern Tennessee, Inc. for defendant Long.
(6) Deputy Clerk Russell Eslinger.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

The persons present were the defendants named in the indictment.

Each of the defendants acknowledged having been provided with a copy of the indictment and having the opportunity of reviewing the indictment with their respective attorneys. Each of the defendants waived a formal reading in open court of the indictment. Defendants BOBBY JOE FAIRBANKS and ELIZABETH NICOLE LONG entered a plea of not guilty to each count of the indictment.

Presently, the cases are assigned the dates set forth in a separate Discovery and Scheduling

Order filed with this Court.

    ENTER.

                                                  s/*Susan K. Lee*
                                                SUSAN K. LEE
                                                UNITED STATES MAGISTRATE JUDGE